**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SCOTTSDALE INSURANCE COMPANY,                Civil Action No.: 1:23-cv-03058-E

                Plaintiff,
-against-                                                            **NOTICE OF MOTION**

576 EAST 187TH STREET CORP, and
CHIMA ENTERPRISES, INC,

                Defendants.
_____

    **PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law dated October 24, 2024, Affidavit of Courtney Zucker dated October 24, 2024 together with exhibits annexed thereto, Plaintiff Scottsdale Insurance Company will move this Court for an Order, pursuant to Rule 55 of the Federal Rules of Civil Procedure and Local Civil Rule 55.2, entering default judgments against 576 East 187th Street Corp. and Chima Enterprises, Inc., and seeking a declaration from the Court that Scottsdale has no obligation to defend or indemnify 576 East 18th Street Corp in the underlying action captioned *Chima Enterprise, Inc. v. 576 East 187th Street Corp.*, pending in the Superior Court for the Judicial District of Milford, Connecticut Superior Court, J.D. of Ansonia/Milford, under Docket No. AAN-CV22-6046733-S.

Dated: New York, New York
      October 24, 2024           GOLDBERG SEGALLA LLP
                                            *Attorneys for Plaintiff*

                                            */s/ Courtney Zucker*
                                            Courtney H. Zucker, Esq.
                                            Marci Goldstein Kokalas, Esq.
                                            711 3rd Avenue, Suite 1900
                                            New York, New York 10017
                                            (646) 292-8700 (T)
                                            (646) 292-8701 (F)
                                            mkokalas@goldbergsegalla.com
                                            czucker@goldbergsegalla.com
                                            GS File No.: 14002.1449

TO:    576 EAST 187TH CORP.
        455 CENTRAL PARK AVE - STE 202
        SCARSDALE NY 10583

        CHIMA ENTERPRISES, INC.
        41 KILBORN ST
        WEST HAVEN, CT 06516

        CHIMA ENTERPRISES, INC.
        1 CIRCULAR AVE
        HAMDEN, CT 06514

        CHIMA ENTERPRISE INC.
        C/O IKECHUKWU UMEUGO
        UMEUGO & ASSOCIATES PC
        620 BOSTON POST RD
        PO BOX 26373
        WEST HAVEN CT 06516

> The motion for default judgment is denied without prejudice. Plaintiff is directed to follow the default judgment procedure set out in Attachment A of the individual practices of the undersigned. The Clerk of Court is respectfully directed to terminate the motion, Doc. 34. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: October 28, 2024
> New York, New York

2

14002\1449\42997768.v1