UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SCOTTSDALE INSURANCE COMPANY,

                        Plaintiff,                   Civil Action No.: 1:23-cv-03058-ER

          -against-                    **DEFAULT JUDGMENT**

576 EAST 187TH STREET CORP, and
CHIMA ENTERPRISES, INC,

                        Defendants.
_____

      This action having been commenced on April 12, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, 576 East 187th Street Corp, on April 25, 2023 by personally serving Sami Jamal, managing agent, and a proof of service having been filed on May 25, 2023;

      and a copy of the Summons and Complaint having been served on defendant, Chima Enterprises, Inc. on April 16, 2024 by personally serving Nicole Kavalan, managing agent of Chima Enterprises Inc., and a proof of service having been filed on May 3, 2024;

      and the defendants not having answered the Complaint or otherwise appeared, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have default judgments against 576 East 187th Street Corp. and Chima Enterprise Inc.; and it is further

      ORDERED, ADJUDGED AND DECREED: that Scottsdale Insurance Company has no duty to defend or indemnify 576 East 187th Street Corp. in the underlying action captioned *Chima Enterprise, Inc. v. 576 East 187th Street Corp.*, pending in the Superior Court for the Judicial District of Milford, Connecticut Superior Court, J.D. of Ansonia/Milford, under Docket No. AAN-CV22-6046733-S (the "Underlying Action").

SO ORDERED.

Dated:  February 12, 2025
       New York, New York

                                            Edgardo Ramos, U.S.D.J.